**UNITED STATES of America,**
**Appellee,**

v.

**Razhden SHULAYA, AKA Brother, AKA Roma, Zurab Dzhanashvili, AKA Zura, Akaki Ubilava, AKA Ako, Hamlet Uglava, Mamuka Chaganava, Mikheil Toradze, Avtandil Kanadashvili, Nazo Gaprindashvili, AKA Anna, Artur Vinokurov, AKA Rizhy, Evgheni Melman, Timur Suyunov, Zurab Buziashvili, Giorgi Lomishvili, Azer Arslanouk, Ivan Afanasyev, AKA Vanya, Denis Savgir, Bakai Marat-Uulu, Andriy Petrushyn, Diego Gabisonia, Levan Makashvili, Semyon Saraidarov, AKA Sammy, Denys Davydov, Erekle Kereselidze, Alex Mitselmakher, AKA Globus, Yuriy Lerner, AKA Yuri, Avtandil Khurtsidze, Nikoloz Jikia, Defendants,**

**Vache Hovhannisyan, Defendant-Appellant.**

**No. 17-2584**

United States Court of Appeals, Second Circuit.

November 6, 2017

FOR APPELLANT: Bradley L. Henry, The Henry Law Firm PLLC, New York, NY.

FOR APPELLEE: Andrew Thomas, Assistant United States Attorney, for Joon H. Kim, Acting United States Attorney for the Southern District of New York, New York, NY.

PRESENT: Gerard E. Lynch, Susan L. Carney, Circuit Judges. Alvin K. Hellerstein,* District Judge.

## SUMMARY ORDER

Defendant Vache Hovhannisyan seeks review of the District Court's order under 18 U.S.C. § 3142(e) denying his application for pretrial release. We have jurisdiction over this appeal under 18 U.S.C. § 3145(c) and 28 U.S.C. § 1291. *See* Fed. R. App. P. 9(a). We review for clear error the District Court's determination that the defendant poses a risk of flight and that no condition or combination of conditions would guarantee his appearance at trial. *See United States v. Berrios-Berrios*, 791 F.2d 246, 250-51 (2d Cir. 1986). Upon due consideration, we affirm the order denying release pending trial for substantially the reasons stated by the District Court during the defendant's August 4, 2017 bail hearing. (Ex. H (Aug. 2 [*sic*: 4], 2017 Tr.) at 26-33.)